**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks        Date: July 15, 2013
Court Reporter: Janet Coppock                Time: 46 minutes
Probation Officer: Gary Kruck                Interpreter: Susanna Cahill

**CASE NO. 12-CR-00243-PAB-8**

Parties                                      Counsel

**UNITED STATES OF AMERICA,**                Kasandra Carleton
                                             Zachary Phillips

        Plaintiff,

vs.

**8. ALEJANDRO MORALES-GARCIA,**             Martha Eskesen


        Defendant.

**SENTENCING**

**11:04 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL. Defendant is present and on bond.

Interpreter sworn with no challenges to her qualifications.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
12-CR-00243-PAB-8
July 15, 2013

Argument by Ms. Eskesen in support of defendant's Motion for Non-Guideline Sentence and comments addressing sentencing.

Argument by Ms. Carleton and comments addressing sentencing.

Further argument by Ms. Eskesen.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:**  Defendant's Motion for Non-Guideline Sentence [Docket #521] is **DENIED**.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **April 18, 2013**  to counts  Counts One, Two,  Nineteen, Twenty, One Hundred-Nine, and One Hundred-Ten.

**ORDERED:**  Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be **imprisoned** for **135** months as to Counts One and Two, **48** months as to Counts Nineteen and Twenty and **135** months as to Counts One Hundred-Nine and One Hundred-Ten, to be served concurrently.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **a facility commensurate with his security classification near Iowa.**

**ORDERED:**  Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years as to Counts One and Two, **one** year as to Counts Nineteen and Twenty and **3** years as to Counts One Hundred-Nine and One Hundred-Ten, to be served concurrently.

**ORDERED:** **Conditions** of Supervised Release that:
  (**X**)  Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

Page Three
12-CR-00243-PAB-8
July 15, 2013

- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) If not deported, the defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer.  Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. (Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) If defendant is deported, he shall not re-enter the United States illegally.  If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of he return.

**ORDERED:** Defendant shall pay **$600.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Government's Motion Decrease for Acceptance of Responsibility [Docket No. 515] is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

Page Four
12-CR-00243-PAB-8
July 15, 2013

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**11:50a.m.     COURT IN RECESS**

**Total in court time:     46 minutes**

**Hearing concluded**